UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COUNTY COMMUNICATIONS CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware limited partnership,<br><br>Defendants. | Case No. 09 CV 2685 JM WVG<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT SPRINT COMMUNICATIONS COMPANY, L.P. TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Courtroom:  16 (5th Floor)<br>Judge:       Hon. Jeffrey T. Miller<br><br>Complaint Filed:  November 30, 2009 |

Based upon the joint motion of counsel, and good cause appearing, the Court grants the joint motion and ORDERS that Defendant Sprint Communications Company, L.P.'s ("Sprint's") deadline to respond to the First Amended Complaint is extended fourteen (14) days, such that Sprint shall respond to the FAC by no later than February 16, 2010.

IT IS SO ORDERED.

Dated: February 1, 2010

HON. JEFFREY T. MILLER
UNITES STATES DISTRICT COURT JUDGE